[No. 24173-7-I. Division One. July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ALLEN GALUSHA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00876-5, John M. Darrah, J., entered May 8, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 22582-1-I. Division One. July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINALD THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-04600-8, Faith Enyeart, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 24496-5-I. Division One. July 30, 1990.]

RICHARD NEWELL, ET AL, *Respondents,* v. SANDRA MACKINNON–NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-06337-9, Lloyd W. Bever, J., entered June 26, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster and Winsor, JJ.